1  JANET HEROLD
   Regional Solicitor
2  SUSAN SELETSKY
   Chief Counsel for FLSA Litigation
3  ANDREW J. SCHULTZ
   Senior Trial Attorney (Cal. # 237231)
4  DAVID EDELI,
   Trial Attorney (Cal. # 288536)
5  Office of the Solicitor
   United States Department of Labor
6  90 7ᵀᴴ Street, Suite 3-700
   San Francisco, California 94103
7  Telephone: (415) 625-7753
   Facsimile:  (415) 625-7772
8  Email: edeli.david.l@dol.gov

9  Attorneys for the Petitioner
10 United States Department of Labor

E-filed 10/5/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor, <br><br> Petitioner, <br><br> v. <br><br> MIRA SHINGAL, aka Myra Shingal, AJAY SHINGAL, APEX GLOBAL INTERNATIONAL, INC., DELTA HOTEL GROUP, L.P., SAI RAM HOSPITALITY GROUP, INC., SAI RAM HOTEL GROUP, INC., SILICON VALLEY INTERNATIONAL, INC., STARLIGHT MANAGEMENT GROUP, INC., STERLING INTERNATIONAL GROUP, LLC, aka Sterling International Group, Inc., SYMBIAN INTERNATIONAL, INC., <br><br> Respondents. | Case No.: <br><br> (~~PROPOSED~~) **ORDER TO SHOW CAUSE** <br><br> On Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum* (29 U.S.C § 209) |

Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, has applied to this Court for an Order requiring Mira Shingal; Ajay Shingal; Apex Global International, Inc.; Delta Hotel Group, L.P; SAI RAM Hospitality Group

1 Inc.; SAI RAM Hotel Group, Inc.; Silicon Valley International, Inc.; Starlight Manage-
ment Group, Inc.; Sterling International Group, LLC; and Symbian International, Inc.
(collectively, "Respondents") to produce the records, papers and documents set forth in a
subpoenas *duces tecum* issued by the Regional Administrator, Wage and Hour Division,
U.S. Department of Labor, and duly served upon the Respondents. Having considered
the matters set forth in the Petitioner's pleadings herein, it is hereby

ORDERED that Respondents appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the subpoenas *duces tecum* issued to the Respondents by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor; and it is further

ORDERED that Respondent serve and file with the Clerk of this Court, no later than __October 24__, __2017__, a response to the Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further  Petitioner's reply, if any, is due October 31, 2017.

ORDERED that the Respondent appear at a hearing to be held on the Petition on __November 14, 2017__, at __10:00 AM__ o'clock, in courtroom number __2, Fifth Floor__, located at __280 S. 1st Street, San Jose CA__ _____; and it is further

ORDERED that the running of the applicable statute of limitations is tolled from February 17, 2017, until such time as the Petitioner notifies this Court that Respondents have complied with the administrative subpoenas and this Order; and it is further

ORDERED that an Investigator from the Wage and Hour Division, U.S. Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondents.

Dated: __October 5__, 2017     _____
United States ~~District Court Judge~~
Magistrate Judge Howard R. Lloyd

Presented by:
NICHOLAS C. GEALE
Acting Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

SUSAN SELETSKY
Chief Counsel for FLSA Litigation

ANDREW SCHULTZ
Senior Trial Attorney


*/s/ David Edeli*
DAVID EDELI
Trial Attorney

Attorneys for Petitioner Secretary of Labor,
United States Department of Labor